TWELFTH COURT OF APPEALS
1517 WEST FRONT STREET
Suite 354
TYLER, TEXAS 75702
(3-16-2015)

Jimmy DeSHAWN Mosley Jr.
#1954147
CONNALLY Unit
899 FM 632
KENEDY TX 78119.

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR 18 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

RE: CASE NumbeR: 12-14-00305-CR
TRIAL COURT CASE NumbeR: 18,611

STYLE: JiMMY DeSHAWN MoSLEY JR.
V. THE STATE OF TEXAS

DEAR CLERK,
Please File MY Motion FOR THE OFFICIAL
COURT REPORTER RECORD AND DESIGNATION OF
RECORD ON APPEAL AND THE Clerk's RECORD.
THANK YOU IN THIS MATTER.

SINCERELY
Jimmy
Mosley J.
APPELLANT
3-16-15

Jimmy DeShawn Mosley Jr.       x   CASE NO. 12-14-00305-CR
APPELLANT                      x   TRIAL CASE NO. 18,611
                               x        TWELFTH COURT OF APPEALS
                               x             OF
                               x        TYLER TEXAS
                               x

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR 18 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

MOTION FOR A FREE OFFICIAL COURT
REPORTER RECORD AND DESIGNATION OF
RECORD ON APPEAL AND THE CLERK'S RECORD

HONORABLE JUSTICES OF SAID COURT..

Comes Now APPELLANT Pro se Jimmy De SHAWN Mosley Jr.
Brings This motion in good FAITH motion FOR A FREE official
Court Reporter Record And Designation of Record on APPEAL
And THE Clerk's Record.

### History

APPELLANT Pled Guilty to CAPital Murder And was given A Right
TO APPEAL The Trial Court Appointted APPELLANT Attorney
Mr. JONATHAN H. RICHEY On February 24, 2015 He Filed
A motion to withdraw As His Attorney As well As He
Filed An "Anders Brief" showing THAT their Are No grounds
FOR An APPEAL see EXHibit "A" ATTACH. He Needs the tools
TO DO An APPEAL in this matter see. CASE. Britt V. North
Carolina, 404 U.S. 226, 227. 92 S. Ct. 431, 433, 30 L.Ed 2d 400 (1971)
Billie V. State, 605 S.W. 2d 558, 560, 562 (Tex. Crim APP. 1980);
Blackshear V. State, 342 S.W. 3d 777, 781 (Tex. APP- Houston
(14th Dist.) 2011. rev'd on other grounds 385 SW3d 589 (Tex.
Crim. APP. 2012)

### Pursuant To Rule 34.6(b)

Texas Rules of APPELLATE Procedure. I AM MAKING this
Written Request THAT A Reporter's Record BE Prepared to
Include The Following:

1. THE Jury Voir dire examination.

2. All the testimony of All the witnesses who testified
   At the Grand Jury And during the Hearings on Guilt
   innocence And Punishment;

3. All Hearings, Held outside the Presence of THE Jury,
   As well As All Communications between THE Court
   And the Jury. And the Court And the Parties;

4. All Pre-trial Hearings And Conferences;

5. All motions that was Denied by the Judge. And
   motions that was Not ruled on Prior To The Plea;

6. All Mental Health Reports that was Done

(1)

7. All testimony presented during any hearings concerning any motions for new trial or bill of exception.

8. All DNA reports that contains evidence containing biological material under ART. 38.43

I would further request that the reporter's record include copies of the exhibits admitted during the proceedings, photographs, written reports, and documents, penitentiary packets, written statements, audio and video recordings transcripts under Art. 38.23 if any.

9. Docket sheet, all plea agreements, all orders by the judge.

## DESIGNATION OF RECORD ON APPEAL

1. The indictment or information 2. Any special pleas, motions 3. Any motions and pleadings of the state 4. Any written waivers. 5. Any evaluations, reports and judgments pertaining to competency to stand trial. 6. Any pre-trial or post-trial hearings, or any other matters connected with this case where the court reporter was present. 7. Motions for new trial. Notice of Appeal. 8. Any subpoenas or requests for subpoenas, any notes written by the judge in the trial court's file. 9. Certification of the defendant's right to appeal under rule 25.2

## CLERKS RECORDS

Appellant request for all things that he is entitled in the clerks record.

* Appellant ask this court to take judicial noticed that he is too poor and indigent to purchased these items that the court already declared him poor.

## AFFADAVIT INSWORN OF INDIGENT

I declare under penalty of perjury all things are true I am too poor to purchased these things on appeal

EXECUTED ON 3-16-2015

Jimmy mosley
3-16-15

## PRAYER

APPELLANT PRAYS FOR THE TOOLS NEEDED TO DO
AN APPEAL.

## Certificate of service

On 3-16-2015 I sent this motion for
the clerks record, court reporter record,
designation of the record to the 12th Court
of Appeals clerk Tyler TX. 75702 From
The Coldwater unit 899 FM 632 Kenedy
TX. 78119

Sincerely
Jenny mosley
fr.
3-16-15

(3)

*EXHIBIT*
*"A"*



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

# TWELFTH COURT OF APPEALS

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

February 24, 2015

Jimmy DeShawn Mosley Jr.
#1954147
Byrd Unit
21 FM 247
Huntsville, TX 77320

Mr. Jonathan H. Richey
215 East Commerce
2nd Floor
Jacksonville, TX 75766
* DELIVERED VIA E-MAIL *

Ms. Rachel L. Patton
District Attorney
P.O. Box 450
Rusk, TX 75785
* DELIVERED VIA E-MAIL *

RE:   Case Number:          12-14-00305-CR
      Trial Court Case Number:   18,611

Style:   Jimmy DeShawn Mosley, Jr.
         v.
         The State of Texas

Appellant's brief, pursuant to Anders v. California, 386 U.S. 738 (1967), has this day been received and filed in the above-referenced case.

If you, the Appellant, wish to file a pro se brief, said brief is due on or before **March 26, 2015.** The State's brief will be due thirty (30) days from the date Appellant's pro se brief, if any, is filed.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
    Katrina McClenny, Chief Deputy Clerk

*EXHIBIT*
*"A"*



CHIEF JUSTICE
JAMES T. WORTHEN

CLERK
CATHY S. LUSK

## TWELFTH COURT OF APPEALS

JUSTICES
BRIAN HOYLE
GREG NEELEY

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

February 26, 2015

Jimmy DeShawn Mosley Jr.
#1954147
Byrd Unit
21 FM 247
Huntsville, TX 77320

Mr. Jonathan H. Richey
215 East Commerce
2nd Floor
Jacksonville, TX 75766
* DELIVERED VIA E-MAIL *

Ms. Rachel L. Patton
District Attorney
P.O. Box 450
Rusk, TX 75785
* DELIVERED VIA E-MAIL *

**RE:**  Case Number:                 12-14-00305-CR
         Trial Court Case Number:   18,611

**Style:**  Jimmy DeShawn Mosley, Jr.
            v.
            The State of Texas

You are hereby notified that in the above described case, the following decision and order was this day made and entered by this Court:

"THIS DAY came on to be considered Appellant's Motion to Withdraw as Counsel filed herein; and the same being inspected, it is **ORDERED** that said motion be, and hereby is, **PASSED for consideration with the merits of this appeal.**"

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
    Katrina McClenny, Chief Deputy Clerk